```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/13/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GS Holistic, LLC,

                Plaintiff,

              -v-

Midtown Convenience Store Inc. et al,

                Defendants.
-------------------------------------------------------------------X

25-cv-3478 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    A conference was held in this matter today. Counsel for Plaintiff appeared. No counsel appeared for Defendants. This order memorializes those made on the record today.

    Plaintiff shall file its motion for default judgment by September 15, 2025. Defendants' reply, if any, shall be filed by September 29, 2025.

    IT IS FURTHER ORDERED that Plaintiff shall serve a copy of the Motion and this Order on the Defendants and shall file proofs of service of each on the docket.

    The parties are direct to appear telephonically for a hearing on the motion for default judgment on **October 8, 2025,** at 3:00 p.m. The parties are directed to dial (646) 453-4442 and use the access code 358639322.

    SO ORDERED.

Dated: August 13, 2025
       New York, New York

                                              LEWIS J. LIMAN
                                              United States District Judge