**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

CASE NUMBER: 1:25-cv-03478

GS HOLISTIC, LLC,

Plaintiff,

v.

Midtown Convenience Store Inc., et al.,

Defendants.
_______________________________/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Please take notice that Plaintiff GS Holistic, L.L.C., Inc. and Defendants Midtown Convenience Store Inc., d/b/a Midtown Convenience Store Smoke Shop and Shamin M. Merchant (collectively, the "Defendants") hereby dismiss this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each Party to bear its own costs and attorneys' fees.

Respectfully submitted,

Dated: February 17, 2026,

FOR PLAINTIFF

By: /s/ Anthony M. Verna III

Anthony M Verna , III
Verna Law, P.C.
80 Theodore Fremd Ave
Rye, NY 10580
t: 914-908-6757
anthony@vernalaw.com
*Attorney for Plaintiff*

FOR DEFENDANT

/s/ Ira Levine

Ira Levine, Esq.
543 Broadway
2d Floor
Massapequa, NY 11758
t: 516-541-1072
ira.levine@iralevinelaw.com
*Attorney for Defendants*